<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| GARRY WRIGHT, | Civil Action No. 26-5274 (SDW) |
| Plaintiff, | |
| v. | **WHEREAS OPINION** |
| MARY K. WRIGHT, | May 27, 2026 |
| Defendant. | |

**WIGENTON**, District Judge.

    **THIS MATTER** having come before this Court upon *pro se* Appellant Garry Wright's Notice of Appeal from the Bankruptcy Court's Order ("Appeal" (D.E. 1)) received on May 11, 2026, and Application to Proceed *in forma pauperis* ("IFP Application" (D.E. 1-2)) filed on the same day, and this Court having reviewed Plaintiff's submissions; and

    **WHEREAS** a district court may allow a plaintiff to commence a civil action without paying the filing fee—that is, *in forma pauperis*—so long as the plaintiff demonstrates that he or she is "unable to pay such fees." 28 U.S.C. § 1915(a)(1); and

    **WHEREAS** here, Appellant did not use the proper form for his IFP Application and instead submitted a self-prepared document containing a narrative of his financial circumstances. All litigants seeking to proceed *in forma pauperis* must submit the official IFP Application form available on this District's website. Accordingly, this Court will deny Appellant's request to proceed *in forma pauperis*.

1

Appellant's IFP Application is **DENIED** and Appellant shall have twenty (20) days from the date of this Opinion to submit a proper IFP Application.  An appropriate order follows.

/s/ Susan D. Wigenton
**SUSAN D. WIGENTON, U.S.D.J.**

Orig:  Clerk
cc:    Parties